# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 17, 2012

No. 11-50063

Lyle W. Cayce
Clerk

HUNT DEVELOPMENT GROUP, L.P., a Texas Limited Partnership,

Plaintiff - Appellee

v.

DICK CORPORATION, a Pennsylvania Corporation,

Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:09-CV-313

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

We have studied the briefs, heard argument, and reviewed all pertinent parts of the record. The district court has written a careful and thorough opinion that correctly decided the issues presented in this appeal. *See Hunt Dev. Grp., L.P. v. Dick Corp.*, No. 3:09-CV-313 (W.D. Tex. Aug. 25, 2010) (unpublished). Consequently, we AFFIRM the judgment of the district court for essentially the same reasons articulated in its opinion.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.